IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR7 |
| | ) | |
| PEDRO FLORES-ALBA, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the following is set for hearing on **January 29, 2007 at 9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Initial Appearance/Arraignment on Indictment

    Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

    DATED this 23rd day of January, 2007.

                                         BY THE COURT:

                                           s/ F.A. Gossett
                                           United States Magistrate Judge